UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable Anthony W. Ishii
United States District Judge
Fresno, California

                        RE:    FRANCISCO TORRES
                                Docket Number: 1:05CR00204-08 AWI
                                <u>**CONTINUANCE OF JUDGMENT**
                                **AND SENTENCE**</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from May 15, 2006 to May 30, 2006 at 9:00 a.m.

**REASON FOR CONTINUANCE:**

The probation officer is requesting additional time to complete the presentence report, all parties have agreed to a continuation of judgment and sentencing.

                                Respectfully Submitted,

                            /S/ Robyn A. Marootian
                            **ROBYN A. MAROOTIAN**
                            Senior United States Probation Officer

Dated:     March 9, 2006
             Fresno, California
             RAM:dp

Reviewed by:
                   /S/ James E. Herbert
                   **JAMES E. HERBERT**
                   Supervising United States Probation Officer

IT IS SO ORDERED.

**Dated:   March 10, 2006**                /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE