1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  Federal Courthouse
   2500 Tulare Street, Ste. 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,     )   1:05-CR-0204-AWI
                                 )
12         Plaintiff,            )   PRELIMINARY ORDER OF
                                 )   FORFEITURE AND PUBLICATION
13    v.                         )   THEREOF RE PERSONAL PROPERTY
                                 )   OF FRANCISCO TORRES
14 RAMIRO BARRAGAN,              )
   IGNACIO CALDERON,             )
15 ZEBEDEE WHITE,                )
   JASON LEE,                    )
16 EDGAR BARRAGAN,               )
   HUMBERTO LLERENA,             )
17   aka "El Cuba,"              )
   MARIA ALEJANDRINA ORCI-ROMERO,)
18 FRANCISCO TORRES,             )
     aka "El Topo,"              )
19 JORGE ISLAS,                  )
   ELIZABETH GUERRERO, and       )
20 SEILA MELGOZA,                )
                                 )
21         Defendants.           )
   _____)
22

23      Based upon the plea agreement entered into between plaintiff
24 United States of America and defendant Francisco Torres, aka "El
25 Topo," it is hereby
26      ORDERED, ADJUDGED AND DECREED as follows:
27      1.  Pursuant to 21 U.S.C. § 853, the following property
28 shall be condemned and forfeited to the United States of America,

                                1

1 | to be disposed of according to law:
2 |             a.    One 2003 Cadillac Escalade, Vehicle
                      Identification Number (VIN)
3 |                   1GYEC63TX3R188297.
4 |      2.   The above-listed property was used or intended to be
5 | used, in any manner or part, to commit and to facilitate the
6 | commission of the violation of 21 U.S.C. §§ 841(a)(1) and
7 | 841(b)(1)(B).
8 |      3.   Pursuant to Rule 32.2(b), the Attorney General (or a
9 | designee) shall be authorized to seize the above-described
10 | property.  The aforementioned property shall be seized and held
11 | by the United States Marshals Service, in its secure custody and
12 | control.
13 |      4.   a.   Pursuant to 21 U.S.C. § 853(n) and Local Rule
14 | 83-171, the United States forthwith shall publish at least once
15 | for three successive weeks in <u>The Business Journal</u> (Fresno
16 | County), a newspaper of general circulation located in the county
17 | in which the above-described property was seized, notice of this
18 | Order, notice of the Attorney General's and/or Secretary of
19 | Treasury's intent to dispose of the property in such manner as
20 | the Attorney General and/or the Secretary of Treasury may direct,
21 | and notice that any person, other than the defendant, having or
22 | claiming a legal interest in the above-listed forfeited property
23 | must file a petition with the Court within thirty (30) days of
24 | the final publication of the notice or of receipt of actual
25 | notice, whichever is earlier.
26 |           b.   This notice shall state that the petition shall be
27 | for a hearing to adjudicate the validity of the petitioner's
28 | alleged interest in the property, shall be signed by the

2

petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

    c.   The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of forfeiture, as a substitute for published notice as to those persons so notified.

    5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   May 17, 2006**                **/s/ Anthony W. Ishii**
0m8i78                               UNITED STATES DISTRICT JUDGE