ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:   (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
FRANCISCO TORRES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-F-05-0204 AWI |
| Plaintiff, | ) STIPULATION FOR CONTINUANCE AND ) ORDER THEREIN |
| vs. | ) |
| FRANCISCO TORRES, | ) |
| Defendant. | ) |

  IT IS HEREBY STIPULATED between the Defendant, FRANCISCO TORRES, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Karen A. Escobar, that the Hearing set for Monday, October 23, 2006, 2006 at 1:30 p.m. be continued to Monday, November 20, 2006 at 1:30 p.m.

  It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(1)(f) -- Any period of delay resulting from other proceedings concerning the

```
                defendant, including but not limited to any pretrial motion,
                from the filing of the motion through the conclusion of the
                hearing on, or other prompt disposition of, such motion;
           2.   Title 18, United States Code, Section 3161(h)(8)(A) -- that the
                ends of justice served by taking such action outweighs the best
                interest of the public and the defendant in a speedy trial;
                                        Respectfully submitted,

 Dated:  October 23, 2006


                                             /s/ Anthony P. Capozzi
                                        Anthony P. Capozzi,
                                        Attorney for Defendant,
                                        FRANCISCO TORRES


 Dated:  October 23, 2006


                                             /s/ Karen A. Escobar
                                        Karen A. Escobar,
                                        Assistant U.S. Attorney
```

**ORDER**

IT IS SO ORDERED. Good cause having been shown, the Hearing that was set for October 23, 2006, be continued to Monday, November 20, 2006 at 1:30 p.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161 (h)(1)(f), 3161(h)(A) and 3161(h)(B)(ii).


IT IS SO ORDERED.

**Dated:   October 25, 2006**            **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE