ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
FRANCISCO TORRES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-05-0204 AWI |
| Plaintiff, | STIPULATION FOR CONTINUANCE AND ORDER THEREIN |
| vs. | |
| FRANCISCO TORRES, | |
| Defendant. | |

   IT IS HEREBY STIPULATED between the Defendant, FRANCISCO TORRES, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Karen A. Escobar, that the Hearing set for Monday, November 20, 2006 at 1:30 p.m. be continued to Monday, December 11, 2006 at 1:30 p.m.

   This request is made due to the unavailability of the government's witnesses.

   It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(1)(f) -- Any period of delay resulting from other proceedings concerning the defendant, including but not limited to any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion;
2. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

                                      Respectfully submitted,

Dated:  November 16, 2006

                                      /s/ Anthony P. Capozzi
                                 Anthony P. Capozzi,
                                 Attorney for Defendant,
                                 FRANCISCO TORRES

Dated:  November 16, 2006

                                      /s/ Karen A. Escobar
                                 Karen A. Escobar,
                                 Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Hearing that was set for November 20, 2006, be continued to Monday, December 11, 2006 at 1:30 p.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161 (h)(1)(f), 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:   November 17, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE