IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>RAMIRO BARRAGAN,<br>IGNACIO CALDERON,<br>ZEBEDEE WHITE,<br>JASON LEE,<br>EDGAR BARRAGAN,<br>HUMBERTO LLERENA,<br>  aka "El Cuba,"<br>MARIA ALEJANDRINA ORCI-ROMERO,<br>FRANCISCO TORRES,<br>  aka "El Topo,"<br>JORGE ISLAS,<br>ELIZABETH GUERRERO, and<br>SEILA MELGOZA,<br><br>      Defendants. | 1:05-CR-0204-AWI<br><br>FINAL ORDER OF FORFEITURE RE PERSONAL PROPERTY OF FRANCISCO TORRES |

    WHEREAS, on May 18, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853 based upon the plea agreement entered into between plaintiff and defendant Francisco Torres, aka "El Topo", forfeiting to the United States the following property:

        a.   One 2003 Cadillac Escalade, Vehicle Identification Number (VIN) 1GYEC63TX3R188297.

    AND WHEREAS, on June 2, 9, and 16, 2006, the United States published notice of the Court's Preliminary Order of Forfeiture in <u>The Business Journal</u> (Fresno County), a newspaper of general

1

1  circulation located in the county in which the subject property
2  was seized.  Said published notice advised all third parties of
3  their right to petition the court within thirty (30) days of the
4  publication date for a hearing to adjudicate the validity of
5  their alleged legal interest in the forfeited property;
6      AND WHEREAS, the United States sent direct written notice to
7  Francisco Velasquez, Francisco Velazquez Cornejo (two addresses),
8  Mirian Velasco, and David V. Balakian;
9      AND WHEREAS, the Court has been advised that no third party
10 has filed a claim to the subject property, and the time for any
11 person or entity to file a claim has expired.
12     Accordingly, it is hereby ORDERED and ADJUDGED:
13     1.  A Final Order of Forfeiture shall be entered forfeiting
14 to the United States of America all right, title, and interest in
15 the above-listed property pursuant to 21 U.S.C. § 853, to be
16 disposed of according to law, including all right, title, and
17 interest of Francisco Torres, aka "El Topo".
18     2.  All right, title, and interest in the above-listed
19 property shall vest solely in the United States of America.
20     3.  The United States Marshals Service shall maintain
21 custody of and control over the subject property until it is
22 disposed of according to law.

IT IS SO ORDERED.

**Dated:   February 2, 2007**             /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE